THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAY RUDY, Appellant. [931 NYS2d 241]—

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Florio, Eng, Hall and Cohen, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUGH SCALA, Appellant. [931 NYS2d 240]—

Since the defendant knowingly, voluntarily, and intelligently pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed, he has no basis now to complain that the sentence imposed was excessive (*see People v Johnson*, 81 AD3d 663 [2011]; *People v Bunn*, 79 AD3d 1143, 1143-1144 [2010]; *People v Kazepis*, 101 AD2d 816, 817 [1984]). In any event, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80, 83 [1982]). Rivera, J.P., Florio, Eng, Hall and Cohen, JJ., concur.